UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

CHRISTINE MARQUES

Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE    1:12-CV-00778-GSA

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__ GRANTED.

  __X__ The clerk is directed to file the complaint.

  __X__ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this __14th__ day of __May__, __2012__.

__/s/ Gary S. Austin__
Signature of Judicial Officer

__GARY S. AUSTIN, U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer