UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| CHRISTINE MARQUES | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| COMMISSIONER of SOCIAL SECURITY, | CASE    1:12-CV-00778-GSA |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__ GRANTED.

    __X__ The clerk is directed to file the complaint.

    __X__ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this __14th__ day of _____May_____, __2012__.

_____/s/ Gary S. Austin_____
Signature of Judicial Officer

_____GARY S. AUSTIN, U.S. MAGISTRATE JUDGE_____
Name and Title of Judicial Officer