Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christine Marquez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CHRISTINE MARQUEZ, | Case No.: 1:12-cv-00778-GSA |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties hereby stipulate, by and through their respective counsels, that Christine Marquez have may an extension of time in which to file her opening brief from January 2, 2013, to and including January 23, 2013. and that all subsequent deadlines set forth in the court's scheduling order will be extended accordingly.

1  This is the parties' first request for an extension of time.  Counsel for
2 plaintiff failed to calendar this matter properly as a result of his computation errors.
3 Counsel has already prepared the opening brief, and is prepared to file the brief
4 immediately.  On behalf of the parties, counsel for plaintiff respectfully requests
5 that the court grant this request for the proper briefing of this matter.
6      IT IS SO STIPULATED.

DATE: January 16, 2013           Respectfully submitted,

                                 LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                            BY:_____
                                 Young Cho
                                 Attorney for plaintiff CHRISTINE MARQUEZ


Date: January 16, 2013           BENJAMIN B. WAGNER
                                 United States Attorney


                            BY:   /s/ *Cynthia De Nardi**
                                  Cynthia De Nardi
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant MICHAEL J. ASTRUE
                                  Commissioner of Social Security

                                 (Per email authorization)


**ORDER**

IT IS SO ORDERED.

  Dated:  **January 18, 2013**          **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE