**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| CHRISTINE MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:12-CV-778 GSA<br><br><br>**ORDER REGARDING PAYMENT OF ATTORNEY'S FEES AND COSTS** |

Based on the Stipulation between the parties filed on October 30, 2013 (Doc. 21), it is hereby ordered that Plaintiff be awarded attorney fees in the amount of four thousand dollars ($4,000.00) pursuant to 28 U.S.C. § 2412(d) (EAJA), and costs in the amount of sixty dollars ($60.00) under 28 U.S.C. § 1920.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Law Offices of Lawrence D. Rohlfing,

and all payments shall be delivered to Young Cho based upon Plaintiff's agreement with Plaintiff's attorney.

IT IS SO ORDERED.

    Dated: **November 4, 2013**　　　　　　　　　**/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE